| | | |
|---|---|---|
| THOMAS J. BURKE<br>MICHAEL G. CONWAY<br>MARC E. STIEFELD<br><br>ASHLEY ARCURI<br>DAVID M. BERKLEY<br>NICOLE M. BYNUM<br>CHI WAI CHUCK CHANG<br>MICHELLE DUNLEAVY<br>CHIKODI E. EMERENINI<br>CYNTHIA K. FICHERA<br>MARTIN GALVIN<br>ROBERT GROSS<br>ASHER GROSSMAN<br>ERIN GROVER<br>RAYNA WHITE-MARTINEZ<br>JAYNE F. MONAHAN<br>SAMI P. NASSER<br>MICHELLE PIANTADOSI<br>NATASHA PATEL<br>KATHLEEN SCALLEY | **LAW OFFICES**<br>**OF**<br>**BURKE, CONWAY & STIEFELD**<br>**Employees of Liberty Mutual Group, Inc.**<br>**10 BANK STREET – SUITE 1200**<br>**WHITE PLAINS, NEW YORK 10606**<br>**PHONE: 914-997-8100**<br><br>E-SERVICE:<br>bcldlaw@libertymutual.com<br>EFax: 603-334-9706<br>PLEASE BE ADVISED THAT WE ARE NOW ACCEPTING E-SERVICE | **OFFICE MANAGER**<br>PATRICIA K. BROWN<br><br>MEMO ENDORSED |

March 4, 2021

Hon. Kenneth M. Karas USDJ
United States Courthouse
White Plains, NY 10606

Re: Rivera, Sophiabella v. Telesco, James S., et al.;
Docket # 7:20-CV-09982

Dear Hon. Judge Karas:

The undersigned represents the defendants in the above entitled action. Defendants have advised the plaintiff's attorney and the court that there is no diversity jurisdiction as both the plaintiff and defendant reside in the State of Florida. The court has ordered defendants to provide an affidavit of residency on or before March 3, 2021. Defendants apologize to the court and to plaintiff's counsel for the delay but my office has not yet received the signed affidavit from my client. I spoke with the client last week and was assured it was mailed. Unfortunately we have not received it. We respectfully request an extension to March 10, 2021 to exchange the executed affidavit.

Granted, but there will be no more extensions.

So Ordered.

/s/ K. Karas
3/4/21

Respectfully yours,

BURKE, CONWAY & STIEFELD

Jayne F. Monahan

JFM:jfm
cc: Eppinger, Reingold, & Korder